UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 APR 29  A 10: 39

DISTRICT COURT

United States of America,  :
        v.  :
Paul Cleveland,  :   DOCKET NO: 3:01CR234 (DJS)
    and  :
El Mar, Inc.  :
43 Cody Street  :
West Hartford, CT 06110  :
        Garnishee.  :

## DEFENDANT'S REQUEST FOR HEARING ON WAGE GARNISHMENT

If you believe that the amount of your nonexempt earnings has been incorrectly calculated for this pay period or that no amount should be withheld because the garnishment or judgment is invalid, satisfied, or superseded, or because you claim an exemption, you may request a hearing within twenty (20) days after being served with the Writ of Garnishment or twenty(20) days after receiving your employer's Answer, which computes your nonexempt earnings. You may request a hearing by filing a written Request with the Clerk of the Court, United States District Court, District of Connecticut, or by completing pages 2 and 3 of this form and mailing this entire form to the Clerk, United States District Court, District of Connecticut. A copy of your request for hearing form must also be mailed to the United States of America and the Garnishee, El Mar, Inc.

The Court will notify you and the other parties of the date and time for the hearing. A hearing will be set as soon as possible.

I request a hearing for the following reason(s):

_____  1. The nonexempt earnings statement is incorrectly filled out.

_____  2. I do not owe the money to the Government as it says I do.

__X__  3. Other: GARNISHMENT OF 25% OF MY DISPOSABLE INCOME WILL RENDER ME UNABLE TO PAY THE EXPENSES REQUIRED FOR ME TO SUPPORT MY FAMILY.

_____  4. I request that this proceeding be transferred to _____ because _____.

_____  5. I claim the following exemption(s):

Date: __APRIL 28, 2005__

Signature: _Paul Cleveland_

Type or print full name: __PAUL CLEVELAND__

Home address: __33 PINE GLEN ROAD__

City, State, Zip Code: __SIMSBURY, CT  06070__

Home phone number: __860-217-5555__

Work phone number: __860-953-0296__

2

Mail your original Request to:

    United States District Court
    Office of The Clerk
    450 Main Street
    Hartford, Connecticut 06103

Send a copy of your request to:

    United States Attorney
    Connecticut Financial Center
    157 Church Street
    New Haven, Connecticut  06510
    (203) 821-3700

    Attn: Christine Sciarrino
         Assistant United States Attorney

## CERTIFICATION

I, Paul Cleveland, Defendant hereby certify that I mailed the Request for Hearing on Wage Garnishment to the Clerk, United States District Court, 450 Main Street, Hartford, Connecticut 06103, and mailed copies to Assistant United States Attorney Christine Sciarrino, United States Attorney's Office, Connecticut Financial Center, 157 Church Street, New Haven, Connecticut 06510 and to El Mar, Inc., 43 Cody Street, West Hartford, CT 06110 on this 28th day of APRIL, 2005.

                                                     *Paul Cleveland* (signature)
                                                     Paul Cleveland