UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States of America,    :
                             :
            v.               :     2005 APR 29 A 10: 39
                             :
Paul Cleveland,              :     DOCKET NO: 3:01CR234(DJS)
                             :
        and                  :
                             :
El Mar, Inc.                 :
43 Cody Street               :
West Hartford, CT 06110      :
            Garnishee.       :

## ANSWER OF THE GARNISHEE

I, <u>Glen Baron</u>, BEING DULY SWORN DEPOSES AND SAYS:
  (affiant)

   IF GARNISHEE IS AN INDIVIDUAL:

   That he/she is Garnishee herein doing business in the name of <u>El Mar Inc., 43 Cody St., West Hartford, CT 06110</u>.
   state full name and address of business

   IF GARNISHEE IS A PARTNERSHIP:

   That he/she is a member of the Garnishee's partnership

   IF GARNISHEE IS A CORPORATION:

   That he/she is the <u>President</u> of Garnishee, a
              (state official title)

corporation, organized under the laws of the State of <u>Connecticut</u>

   On <u>April, 20</u>, 2005, Garnishee was served with the Writ of Garnishment.

For the pay period in effect on the date of service:

Yes    No

_X_   ___   1.  Defendant was in my/our employ.

          2.  Pay period is ___ weekly, ___ bi-weekly,

              ___ semi-monthly, _X_ monthly.

04/01/2005    Enter the date present pay period began.

              (present means the pay period in which this

              order and notice of garnishment were

              served)

04/30/2005    Enter date above pay period ends.

          3.  Enter amount of net wages.   Calculate below:

              (a) Gross Pay                      $ 3500.00

              (b) Federal income tax             $  175.00

              (c) F.I.C.A income tax             $  267.75

              (d) State income tax               $   47.25

              Total of tax withholdings          $  490.00

              Net Wages                          $ 3010.00   *
              (less total of b,c,d)

*Please note that pursuant to 28 U.S.C. § 3205, the government is entitled to garnish up to 25% for the Defendant's net wages.

The Garnishee has the following objections, defenses or setoffs to the Government's right to apply Garnishee's indebtedness to Defendant upon Government's Claim:_____

2

\*\* Check 1 and/or 2 if applicable\*\*

_____   1.  The Garnishee is in no manner and upon no account indebted or under liability to the defendant, <u>Paul Cleveland,</u> and that the Garnishee does not have in his/her/its possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.

_____   2. The Garnishee hereby requests a hearing regarding this Writ of Garnishment because _____

The Garnishee mailed a copy of this Answer by first-class mail to the Defendant on _____ at
                                   (date)

_____
(state street address, city, state and zip code)

or hand delivered to <u>43 Cody St., West Hartford, CT 06110</u>
                     (state actual address of where it was hand delivered)

on <u>April 28, 2005</u>
      (date)

_____
(Affiant's signature)

Subscribed and sworn to before me this 28th day of April 2005.

_____
Notary Public           **J. L. ANKERMAN**
                        *NOTARY PUBLIC*
My Commission expires:  MY COMMISSION EXPIRES FEB. 28, 2010

3

The *Original Answer* must be mailed to:

    United States District Court
    Office of the Clerk
    450 Main Street
    Hartford, Connecticut 06103

Mail the check (made payable to the *U. S. District Court*)

Send a **Copy** of this Answer to:

    United States Attorney
    Connecticut Financial Center
    157 Church Street
    New Haven, Connecticut 06510
    Attn:  Financial Litigation Unit