# United States District Court
# District of Connecticut

UNITED STATES OF AMERICA :
*Plaintiff*
    v. :   Case No.  3:01CR234(DJS)

PAUL CLEVELAND and EL MAR, INC.
*Defendant*

**ORDER OF REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

☐ All purposes except trial, unless the parties consent to trial before the magistrate judge

☐ A ruling on all pretrial motions except dispositive motions

☐ To supervise discovery and resolve discovery disputes

☒ A hearing on the following submission which is currently pending:

Doc# **10, Defendant's Request for Hearing on Wage Garnishment**

☐ A settlement conference

☐ A conference to discuss the following:

☐ Other:

SO ORDERED this __10th__ day of __May__, __2005__ at Hartford, Connecticut.

_____
Dominic J. Squatrito
United States District Court Judge