United States District Court
District of Connecticut
FILED AT HARTFORD
5/26/05
Kevin F. Rowe, Clerk
B Sunbury

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

   v.

PAUL CLEVELAND,        DOCKET NO.:  3:01CR234 (DJS)

   and

EL MAR, INC.
43 Cody Street
West Hartford, CT 06110
      Garnishee.      MAY 26, 2005

### **APPEARANCE**

**TO:** United States District Court
  Office of the Clerk
  450 Main Street
  Hartford, Connecticut 06103

  Please enter the appearance of Stephen H. Solomson as counsel for the Defendant, Paul Cleveland, in the above-captioned action.

      THE DEFENDANT,

  By:        

     Stephen H. Solomson
     Fed. Bar No. CT07950
     **O'CONNELL, FLAHERTY & ATTMORE, L.L.C.**
     280 Trumbull Street
     Hartford, CT 06103-3598
     Tel: (860) 548-1300