UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Docket No. 3:01CR234 (DJS) |
| : | |
| PAUL CLEVELAND : | |

POST-JUDGMENT STIPULATION

Whereas, on February 14, 1997, a criminal judgment was entered against the defendant, Paul Cleveland, in which he was ordered to pay restitution in the amount of $889,163.55; and

Whereas, the Government and the defendant, Paul Cleveland, now desire to stipulate to a schedule for the payment of the restitution amount;

Therefore, it is hereby agreed by the Government and ~~Bernard Ulissi~~ *Paul Cleveland PC* and ORDERED by this Court that:

1. Paul Cleveland shall make monthly payments of at least $300.00 on the **15th** day of each and every month commencing on **December 15, 2005**.

2. Paul Cleveland agrees to increase his monthly payments to at least $325.00 on the **15th** day of each and every month commencing on **November 15, 2007**.

3. Paul Cleveland agrees to increase his monthly payments to at least $375.00 on the **15th** day of each and every month commencing on **November 15, 2009.**

4. Payments shall be made payable to "Clerk, United States District Court" and mailed to: Clerk's Office, United States District Court, 450 Main Street, Hartford, Connecticut 06103. Checks must reference the above docket number.

5. The current balance of Mr. Cleveland's criminal debt as of November 18, 2005 is $434,443.47.

6. Paul Cleveland agrees to complete a financial statement upon the Government's request.

7. The amount of the monthly payment may be modified by the mutual agreement of the parties or on motion of either party after consideration of Paul Cleveland's financial circumstances.

8. Paul Cleveland's failure to comply with the payment schedule set forth in Paragraphs 1, 2, and 3 above shall entitle to Government to declare the entire balance due immediately and shall further entitle the Government to collect upon this judgment in any manner provided by law, without notice.

9.   The Government further reserves the right to secure the amount of the judgment at any time by filing a lien on any property owned by the defendant.

10.  Nothing in this agreement shall limit the right of the Government to utilize any collection remedy allowed by law to seize and liquidate any asset in which Paul Cleveland has an ownership interest.

Entry of the foregoing stipulation is consented to by:

For the Government:

DATED: January 23, 2006

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

*/s/ Christine Sciarrino*

CHRISTINE SCIARRINO
ATTORNEY BAR NO: CT03393
ATTORNEY FOR THE DEPARTMENT OF JUSTICE
UNITED STATES ATTORNEY'S OFFICE
P. O. BOX 1824
NEW HAVEN, CT  06508
TELEPHONE: (203) 821-3700
FAX: (203) 773-5392
E-MAIL: CHRISTINE.SCIARRINO@USDOJ.GOV

For the Defendant:

DATED: 1/19/06

*/s/ Paul Cleveland*

PAUL CLEVELAND
SIMSBURY, CONNECTICUT 06070


APPROVED and SO ORDERED this _____ day of _____ 2005 at Hartford, Connecticut.

_____
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE